1  Marc V. Kalagian
   Attorney at Law: 149034
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: Marc_RK.office@speakeasy.net
5
   Attorneys for Plaintiff
6  Ko Moua Vang

7
                    **UNITED STATES DISTRICT COURT**
8
                    **EASTERN DISTRICT OF CALIFORNIA**
9
                              **FRESNO DIVISION**
10

11
   KO MOUA VANG,                    ) Case No.: 1:09-CV-01932 GSA
12                                  )
            Plaintiff,               ) STIPULATION FOR DISMISSAL
13                                  ) WITH PREJUDICE; AND ORDER
       vs.                          )
14                                  )
   MICHAEL J. ASTRUE,               )
15 Commissioner of Social Security, )
                                    )
16          Defendant.              )
                                    )
17 _____  )

18
        TO THE HONORABLE Gary S. Austin, United States District Court,
19
   MAGISTRATE JUDGE OF THE DISTRICT COURT:
20
        IT IS HEREBY STIPULATED by and between Ko Moua Vang ("Plaintiff")
21
   and Michael J. Astrue as the Commissioner of Social Security
22

23
   ///
24

25
   ///
26

                                    -1-

1
2  ("Defendant"), that this matter be dismissed with prejudice, each party to bear its
3  own fees, costs, and expenses.
4  DATE: July 8, 2010                    Respectfully submitted,
5                          LAW OFFICES OF ROHLFING & KALAGIAN, LLP
6                                  /s/ *Marc V. Kalagian*
7                          BY:_____
                                Marc V. Kalagian
8                               Attorney for plaintiff Ko Moua Vang

9  DATED: July 8, 2010
10                                 BENJAMIN B. WAGNER
                                   United States Attorney
11                                 LEON W. WEIDMAN
                                   Chief, Civil Division
12                                  /s/ *Elizabeth Firer*
13                          BY: _____
                                Elizabeth Firer
14                              Special Assistant United States Attorney
                                Attorneys for Defendant Michael J. Astrue,
15                              Commissioner of Social Security
                                *(Per e-mail authorization)
16
17
18 **IT IS SO ORDERED.**
19
20 DATED:   July 9, 2010              /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE
21
22
23
24
25
26

-2-